FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 09, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAMELA L., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No.  1:23-CV-03087-ACE <br><br> ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) <br><br> **ECF No. 16** |

**BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 16.  Attorney D. James Tree represents Plaintiff; Special Assistant United States Attorney Frederick Fripps represents Defendant.  After considering the file and proposed order, **IT IS ORDERED:**

1. The parties' Stipulated Motion to Remand, **ECF No. 16**, is **GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for a *de novo* hearing and further administrative action pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner shall instruct the Administrative Law Judge (ALJ) to:  (1) reevaluate the listings at step three and give further consideration to the residual functional capacity finding; (2) take any necessary action to complete

the administrative record and the sequential evaluation; and (3) issue a new decision.  Plaintiff shall have the opportunity to submit new evidence.

     2.     **Judgment shall be entered for PLAINTIFF**.

     3.     Plaintiff's Opening Brief, **ECF No. 12**, is **STRICKEN AS MOOT**.

     4.     An application for attorney fees, expenses and costs may be filed by separate motion.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED November 9, 2023.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2